```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
MARIA TORRES, individually and as the                      :
administrator of the Estate of Rosa Pena;                  :
ESTATE OF ROSA PENA,                                       :
                                                           :         24-CV-5770 (VSB)
                                       Plaintiffs,         :
                                                           :              **ORDER**
                - against -                                :
                                                           :
MONTEFIORE HOSPITAL, et al.,                               :
                                                           :
                                       Defendants.         :
                                                           :
-----------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      Plaintiff Maria Torres, proceeding pro se and on behalf of all Plaintiffs, seeks a third extension of time to respond to Defendants' motion to dismiss.  (*See* Doc. 15 (third extension request); Docs. 12, 14 (orders granting first and second extensions).)  In the request, which is nine pages long and contains legal arguments regarding the motion to dismiss and Plaintiffs' allegations generally, Torres explains that "[she has] been sick and was under the impression [she] was given until December of 2024 to respond."  (Doc. 15 at 1.)  Accordingly, it is hereby:

      ORDERED that Plaintiffs shall file any opposition to Defendants' motion to dismiss no later than December 13, 2024.  Pursuant to my discretionary docket-management authority under 28 U.S.C. § 1651, I will not consider any further extension requests.

      IT IS FURTHER ORDERED that Defendants shall submit any reply brief no later than January 3, 2025.

The Clerk of Court is respectfully directed to send a copy of this order to Torres via email and mail at the addresses on file.

SO ORDERED.

Dated: December 5, 2024
      New York, New York

                                          Vernon S. Broderick
                                          United States District Judge