UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------X

MARIA TORRES, *individually and as the administrator of the Estate of Rosa Pena*; ESTATE OF ROSA PENA,

Plaintiff,

- against -

MONTEFIORE HOSPITAL, *et al.*,

Defendants.

-----------------------------------------------------X

24-CV-5770 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

On September 23, 2026, I issued an Order and Opinion granting the motion to dismiss of Defendant Montefiore Hospital ("Defendant"). (Doc. 21.) In light of her pro se status, I also granted Plaintiff Maria Torres ("Plaintiff") leave to "file an amended complaint addressing the legal deficiencies identified in [the] Opinion & Order no later than October 14, 2026" and declared that "[f]ailure to do so may result in dismissal of this action with prejudice." (*Id.* at 15.) Plaintiff has not filed an amended complaint.

In accordance with my September 23, 2026 Opinion and Order, Plaintiff's liberally construed civil rights claim under 42 U.S.C. § 1983, discrimination claim under Title VI of the Civil Rights Act, 42 U.S.C. § 2000d or 42 U.S.C. § 1981, and Racketeer Influenced and Corrupt Organization Act ("RICO") claim are now dismissed with prejudice. I decline to exercise supplemental jurisdiction over Plaintiff's remaining state law claims, which are dismissed without prejudice to refiling in state court. The Clerk of the Court is respectfully directed to terminate this action.

SO ORDERED.

Dated: October 16, 2026
New York, New York

VERNON S. BRODERICK
United States District Judge